IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MYRTICE JOHNSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0572-CG-M |
| | ) |
| **THE CITY OF PRICHARD, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Notice of Bankruptcy (Doc. 45) filed by the defendants, in which defendants represent that City of Prichard filed a voluntary petition seeking Chapter 9 bankruptcy protection with the United States Bankruptcy Court for the Southern District of Alabama on October 27, 2009.

Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of an action. Accordingly, this action is **STAYED**, and the Clerk of Court is directed to place this case on the court's administrative docket.

The parties shall notify the court within thirty (30) days of the resolution of bankruptcy proceedings or of a lift of the stay, at which time this action shall be reinstated to the court's active docket.

**DONE and ORDERED** this 29th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE