## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MYRTICE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 08-0572-CG-M |
| | ) |
| THE CITY OF PRICHARD, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the court's memorandum opinion and order entered on February 11, 2011, and in view of the fact that the parties have settled the plaintiff's remaining claim for trespass based on defendants' use of her property as a parking lot, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor defendants, The City of Prichard, Ron Davis, Malachi Jones, Maxine Radcliff and Chief Lawrence Battiste, and against plaintiff, Myrtice Johnson. Therefore, plaintiff's claims for trespass based on defendants' entry on plaintiff's property and destruction of her home; fifth amendment taking; due process violation; fraud, misrepresentation and suppression; negligence; wantonness; and failure to provide honest government are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 28th day of February, 2011.

/s/ Callie V. S. Granade  
UNITED STATES DISTRICT JUDGE